UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIPS 66 COMPANY; and the MANAGER HR SHARED SERVICES, as the Named Fiduciary and Plan Administrator of the Phillips 66 Disability Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL SACKS, in his official capacity as Director of the State of Washington Department of Labor and Industries,<br><br>Defendant. | No. 2:19-cv-00174<br><br>**PHILLIPS 66 COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Phillips 66 Company represents that it is a fully-owned subsidiary of Phillips 66, which is publicly traded.

///

///

///

///

///

PHILLIP 66 COMPANY'S CORPORATE DISCLOSURE STATEMENT - 1
4841-2057-0759v.1 0036933-000060

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | |
| 2 | DATED this 6th day of February, 2019. |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| | Attorneys for Plaintiffs |
| 4 | |
| 5 | By  */s/ Richard J. Birmingham* |
| | Richard J. Birmingham, WSBA #8685 |
| 6 | 920 Fifth Avenue, Suite 3300 |
| | Seattle, WA 98104-1610 |
| 7 | Telephone: 206-622-3150 |
| | Fax: 206-757-7700 |
| 8 | E-mail: richbirmingham@dwt.com |
| 10 | By  */s/ Christine Hawkins* |
| 11 | Christine Hawkins, WSBA #44972 |
| | 777 108th Avenue NE, Suite 2300 |
| 12 | Bellevue, WA 98004-5149 |
| | Telephone: 425-646-6100 |
| 13 | Fax: 425-646-6199 |
| | E-mail: christinehawkins@dwt.com |

PHILLIP 66 COMPANY'S CORPORATE DISCLOSURE STATEMENT - 2
4841-2057-0759v.1 0036933-000060

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax