The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHLLIPS 66 COMPANY; and the MANAGER HR SHARED SERVICES, as the Named Fiduciary and Plan Administrator of the Phillips 66 Disability Plan,<br><br>      Plaintiffs,<br><br>v.<br><br>JOEL SACKS, in his official capacity as Director of the State of Washington Department of Labor & Industries,<br><br>      Defendant, | NO. 2:19-cv-00174-JLR<br><br>NOTICE OF MOTION RENOTED |

In accordance with Local Rule 7(l), Defendant Joel Sacks, Director of the State of Washington Department of Labor & Industries, hereby renotes his Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and (6), which is currently noted for Friday, March 29, 2019 to Friday, May 10, 2019.

DATED this _15th_ day of March, 2019.

    ROBERT W. FERGUSON
    Attorney General

    *s/ Diana Cartwright*

NOTICE OF MOTION RENOTED     1     ATTORNEY GENERAL OF WASHINGTON
NO. 2:19-CV-00174-JLR             LABOR & INDUSTRIES DIVISION
                                 800 Fifth Avenue, Suite 2000
                                  Seattle, WA 98104-3188
                                     (206) 464-7740

1 | DIANA S. CARTWRIGHT, WSBA No. 26564
  | Senior Counsel
2 | 800 Fifth Avenue, Suite 2000
  | Seattle, WA 98104
3 | Tel: (206) 464-7740
  | Fax: (206) 587-4290
4 | Email: DianaS1@atg.wa.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# DECLARATION OF SERVICE

I hereby declare that on this _15th__ day of March, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. A copy of the foregoing document was sent for service to all other parties as follows:

Via the Court CM/ECF system to:

*Attorneys for Plaintiff* :
Richard Birmingham: richbirmingham@dwt.com
Christine Hawkins: christinehawkins@dwt.com

DATED this ___ day of March, 2019, at Seattle, Washington.

    *s/ Rachel Thornton*
RACHEL THORNTON
Legal Assistant to Diana Cartwright
Office of the Attorney General
800 Fifth Ave., Suite 2000
Seattle, WA 98104
Tel: (206) 464-7740
Fax: (206) 587-4290
Email: RachelT1@atg.wa.gov

NOTICE OF MOTION RENOTED 3 ATTORNEY GENERAL OF WASHINGTON
LABOR & INDUSTRIES DIVISION
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7740
NO. 2:19-CV-00174-JLR