The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHLLIPS 66 COMPANY; and the MANAGER HR SHARED SERVICES, as the Named Fiduciary and Plan Administrator of the Phillips 66 Disability Plan,

Plaintiffs,

v.

JOEL SACKS, in his official capacity as Director of the State of Washington Department of Labor & Industries,

Defendant.

No. 2:19-cv-00174-JLR

[~~PROPOSED~~] ORDER ~~ON~~ GRANTING USW LOCAL 12-590'S MOTION FOR LEAVE TO INTERVENE

THIS MATTER came before the Court on Motion of Association of United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial and Service Workers International Union, Local 12-590 ("USW Local 12-590" or "Local") for Leave to Intervene (Dkt. #10). The Court having considered USW Local 12-590's motion, supporting declarations of Danielle Franco-Malone and Gabriel Westergreen, ~~the responses, the replies and~~ the files and records herein, and the parties' joint status report (Dkt. #15), in which Plaintiffs and Defendant agree to the intervention of USW Local 12-590, and having found good cause for granting USW Local 12-590's motion, hereby ORDERS:

ORDER ON USW LOCAL 12-590'S MOTION TO INTERVENE - 1

18 WEST MERCER ST., STE. 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132

BARNARD
IGLITZIN &
LAVITT LLP

1  That Association of United Steel, Paper and Forestry, Rubber Manufacturing, Energy,
2  Allied Industrial and Service Workers International Union, Local 12-59, may intervene in this
3  action and is hereby made a party as intervenor, and therefore may file its Motion to Dismiss in
4  the same manner and with like affect as if named an original party to this cause. The court further DIRECTS the Clerk to renote the USW Local 12-590's Motion to dismiss (Dkt. #13) to May 10, 2019.

DONE IN OPEN COURT this 10th day of April, 2019.

_____
JUDGE JAMES L. ROBART

Presented by:

s/ Danielle Franco-Malone
Danielle Franco-Malone, WSBA No. 40979
Barnard Iglitzin & Lavitt, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 257-6002
(206) 257-6037
E-mail: franco@workerlaw.com

ORDER ON USW LOCAL 12-590'S MOTION TO INTERVENE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically give notice of such to the following:

**Attorneys for Plaintiff:**
Richard Birmingham
Davis Wright Tremaine, LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: richbirmingham@dwt.com

Christine Hawkins
Davis Wright Tremaine, LLP
777 108th Ave NE, Suite 2300
Bellevue, WA 98004
Email: christinehawkins@dwt.com

**Attorney for Defendants**
Diana S. Cartwright
Attorney General of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Email: DianaS1@atg.wa.gov

Cynthia Gaddis
Attorney General of Washington
7141 Cleanwater Dr. SW
PO Box 40121
Olympia, WA 98504
Email: cynthiag1@atg.wa.gov
Email: LIOlyCE@atg.wa.gov

Signed this 4th day of April, 2019.

_____
Esmeralda Valenzuela, Paralegal

ORDER ON USW LOCAL 12-590'S MOTION TO INTERVENE - 3

18 WEST MERCER ST., STE 400
SEATTLE, WASHINGTON 98119
TEL 800.238.4231 | FAX 206.378.4132
BARNARD IGLITZIN & LAVITT LLP